UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

In re: ) Case No. 10-40371
MICHAEL WHITE )
)
)
DEBTOR )

## AMENDMENT TO CHAPTER 13 PLAN

Now comes the Debtor in the above styled case and amends his Chapter 13 Plan by substituting the attached plan for the original plan heretofore filed.

_____
Ronald H. Harkins
26 North Norton Ave
Sylacauga, AL 35150
(256) 245-6313

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing instrument to Linda Gore, Trustee, P. O. Box 1338, Gadsden, Alabama 35902-1338, and all creditors listed on the attached mailing matrix, on this the 30th day of March, 2010.

_____
Ronald H. Harkins

# CHAPTER 13 PLAN

Case No. _____

Debtor(s): **White, Michael J**  SS#: **7928**  Net Monthly Earnings: $ **2661.20**
SS#: _____  Number of Dependents: **0**

I. Plan Payments:

☐ Debtor(s) propose to pay direct a total of $ **308.00** ☒ biweekly into the plan; or
☒ Payroll deduction order to: Floyd & Beasley, Inc.  P.O. Box 8 Sycamore AL 35149

Length of plan is **60** months, and the total debt to be paid through the plan is $ **40039.20**.

II. From the payments received, the trustee shall make disbursements to the Bankruptcy Code including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| Creditor | Type of Priority | Scheduled Amount | Monthly Payment |
|---|---|---|---|
| IRS | 2008 Taxes | 2,473.25 | 45.00 |
| IRS | 2009 Taxes | 881. | 14.70 |

B. Total Attorney Fee: $ **2,750.00** ; 2750.00 to be paid as soon as funds are available.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | To be Paid By | Regular Payment to Begin | Arrears to be Paid by Trustee | Months Included in Arrearage Amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|---|
| **Citimortgage** | 76398.52 | 554.71 | Debtor | 3/1/10 | 1757.25 | 3 | 0 | 32.73 |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payments | Fixed Pay-ment to Begin |
|---|---|---|---|---|---|---|---|---|
| **Us Bank** | 228.76 | 22,876.00 | 22,876.00 | 0.00 | 2008 Dodge Nitro | 5.00 | 466.27 | 7/10 |

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| **None** | | | | |

IV. Special Provisions: Debtor proposes to surrender the 2007 Roadster in full satisfaction of the debt owed to Heritage South Federal Credit Union.

☐ This is an original plan.
☒ This is an amended plan replacing plan dated **March 30, 2010.**
☐ This plan proposes to pay unsecured creditors approximately **17** %
☐ Other provisions:

Dated: **March 30, 2010**

**/s/Ronald Harkins**
Signature of Attorney

**/s/ Michael J White**
Signature of Debtor

_____
Signature of Spouse (if applicable)

**Livingston & Harkins, LLC**
**P.O. Box 329**
**Sylacauga, AL 35150**

White, Michael J
3393 Old Sylacauga Hwy
Sylacauga, AL 35150-7833

Hsbc/yamaha
PO Box 15521
Wilmington, DE 19850-5521

Ogletree, Livingston & Harkins, LLC
26 North Norton Ave
Sylacauga, AL 35150

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114-0326

American General Finan
915 Market Pl
Alexander City, AL 35010-3376

Thd/cbsd
PO Box 6497
Sioux Falls, SD 57117-6497

Atlantic Crd (original Creditor:01
PO Box 13386
Roanoke, VA 24033-3386

Us Bank
PO Box 790084
Saint Louis, MO 63179-0084

Centrl Fincl (original Creditor:med
PO Box 14059
Orange, CA 92863

Citimortgage Inc
PO Box 9438
Gaithersburg, MD 20898-9438

Colonial Finance Comp
1015 W Fort Williams St
Sylacauga, AL 35150-2301

Colonial Finance Group
1015 W Fort Williams St
Sylacauga, AL 35150-2301

Credit Protection Asso (original Cr
13355 Noel Rd Ste 2100
Dallas, TX 75240-6837

Heritage
901 N Broadway Ave
Sylacauga, AL 35150-1532

Case 10-40371-JJR13    Doc 34    Filed 03/30/10    Entered 03/30/10 15:52:13    Desc Main
Document      Page 3 of 3