United States Bankruptcy Court
Northern District Of Alabama, Eastern Division

In re:

MICHAEL J. WHITE

Case No. 10-40371

DEBTORS

## MOTION TO MODIFY DEBTOR'S CHAPTER 13 PLAN

Now comes the Debtor in the above styled case and moves this Court to allow him to modify his Chapter 13 Plan for the following reasons:

1. Debtor proposes to surrender the 2008 Yamaha motorcycle to HSBC Bank

2. Debtors plan payment will remain the same.

WHEREFORE, Debtor prays that this modification be GRANTED.

/s/Ronald H. Harkins
Ronald H. Harkins
26 North Norton
Sylacauga, AL 35150
(205) 245-6313

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been duly served upon Linda B. Gore, P.O. Box 1338, Gadsden, AL 35902, and all parties on the attached mailing matrix via U.S. Mail, properly addresses and first class postage prepaid, by E mail or by facsimile on this the 16th day of September, 2010.

/s/ Ronald H. Harkins
Ronald H. Harkins

White, Michael J  
3393 Old Sylacauga Hwy  
Sylacauga, AL  35150-7833

Hsbc/yamaha  
PO Box 15521  
Wilmington, DE  19850-5521

Ogletree, Livingston & Harkins, LLC  
26 North Norton Ave  
Sylacauga, AL  35150

Internal Revenue Service  
PO Box 21126  
Philadelphia, PA  19114-0326

American General Finan  
915 Market Pl  
Alexander City, AL  35010-3376

Thd/cbsd  
PO Box 6497  
Sioux Falls, SD  57117-6497

Atlantic Crd (original Creditor:01  
PO Box 13386  
Roanoke, VA  24033-3386

Us Bank  
PO Box 790084  
Saint Louis, MO  63179-0084

Centrl Fincl (original Creditor:med  
PO Box 14059  
Orange, CA  92863

Citimortgage Inc  
PO Box 9438  
Gaithersburg, MD  20898-9438

Colonial Finance Comp  
1015 W Fort Williams St  
Sylacauga, AL  35150-2301

Colonial Finance Group  
1015 W Fort Williams St  
Sylacauga, AL  35150-2301

Credit Protection Asso (original Cr  
13355 Noel Rd Ste 2100  
Dallas, TX  75240-6837

Heritage  
901 N Broadway Ave  
Sylacauga, AL  35150-1532