```
                            United States Bankruptcy Court
                             Northern District of Alabama
In re:                                                              Case No. 10-40371-JJR
Michael J White                                                     Chapter 13
        Debtor               CERTIFICATE OF NOTICE
District/off: 1126-1         User: acurvin              Page 1 of 2            Date Rcvd: Mar 08, 2011
                             Form ID: van103            Total Noticed: 23
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2011.
```
db             Michael J White,    3393 Old Sylacauga Hwy,    Sylacauga, AL  35150-7833
cr            +HSBC Bank Nevada, N.A.,    C/O Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,
               Tucson, AZ 85712-1083
6830226        CITIMORTGAGE,INC.,    PO BOX 6941,    THE LAKES,NV 88901-6941
6322974       +CitiMortgage, Inc.,    PO Box 140609,    Irving, TX 75014-0609
6281992        Citimortgage Inc,    PO Box 9438,    Gaithersburg, MD  20898-9438
6281994        Colonial Finance Group,    1015 W Fort Williams St,    Sylacauga, AL  35150-2301
6281995        Credit Protection Asso (original Cr,    13355 Noel Rd Ste 2100,    Dallas, TX  75240-6837
6367067       +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite #200,
               Tucson, AZ 85712-1083
6281996       +Heritage,    c/o Ronald H. Harkins,    26 N. Norton Ave,    Sylacauga, AL 35150-2452
6281997        Hsbc/yamaha,    PO Box 15521,    Wilmington, DE  19850-5521
6281998      ++INTERNAL REVENUE SERVICE,     CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,    PO Box 21126,
               Philadelphia, PA  19114-0326)
6281999        Thd/cbsd,    PO Box 6497,    Sioux Falls, SD  57117-6497
6412282      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: U.S. Bank N.A.,    P.O. Box 5229,    Cincinnati, OH  45201)
6282000      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: Us Bank,    PO Box 790084,    Saint Louis, MO  63179-0084)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             E-mail/PDF: rmscedi@recoverycorp.com Mar 09 2011 01:53:00
                Recovery Management System Corporation,    for GE Money Bank,    attn: Ramesh Singh,
                25 SE 2nd Ave Ste 1120,    Miami, Fl  33131-1605
6281989       +E-mail/PDF: cbp@agfinance.com Mar 09 2011 01:51:46      American General Finan,    1222 Lee Street,
                Alexander City, AL 35010-2657
6309783        E-mail/PDF: cbp@agfinance.com Mar 09 2011 01:51:46      American General Finan,    915 Market Pl,
                Alexander City, AL  35010-3376
6309753       +E-mail/PDF: cbp@agfinance.com Mar 09 2011 01:51:46      American General Finance,
                1222 Lee Street,    Alexander City, AL 35010-2657
6281990        E-mail/Text: ACF-EBN@acf-inc.com Mar 09 2011 01:37:21      Atlantic Crd (original Creditor:01,
                PO Box 13386,    Roanoke, VA  24033-3386
6281993        E-mail/PDF: bk@worldacceptance.com Mar 09 2011 01:51:25      Colonial Finance Comp,
                1015 W Fort Williams St,    Sylacauga, AL  35150-2301
6343977       +E-mail/Text: pray@myhscu.com Mar 09 2011 01:38:24      Heritage South Credit Union,    P O Box 128,
                Sylacauga, AL 35150-0128
6302833        E-mail/PDF: rmscedi@recoverycorp.com Mar 09 2011 01:53:00
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
6314628        E-mail/PDF: BNCEmails@blinellc.com Mar 09 2011 01:52:17      Roundup Funding, LLC,    MS 550,
                PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6281991        Centrl Fincl (original Creditor:med
cr*            CITIMORTGAGE, INC,    PO BOX 6941,    THE LAKES, NV  88901-6606
cr*           +Heritage South Credit Union,    P O Box 128,    Sylacauga, AL 35150-0128
                                                                                   TOTALS: 1, * 2, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Case 10-40371-JJR13   Doc 83   Filed 03/10/11   Entered 03/11/11 00:14:38   Desc
Imaged Certificate of Service    Page 1 of 3

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 10, 2011**                                **Signature:**       *Joseph Speetjens*

Van–103 [Bk Notice & Order Modifying] (Rev. 01/05)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

In re:                                                           **Case No.** 10–40371–JJR13

Michael J White                                      **Chapter** 13

**SSN:** xxx–xx–7928

       **Debtor(s)**

## NOTICE AND ORDER MODIFYING PAYMENTS

      Notice is hereby given that on **3/07/2011** the Debtor filed a **Motion to Increase Payments.** The Debtor requests that the payments be modified as follows:

**To increase Debtor's plan payments to $355.00 bi–weekly.**

      It appears to the Court that said Motion is due to be **GRANTED.**

      Section 1329(b)(2) of the Bankruptcy Code [11 U.S.C. §1329(b)(2)] provides, "The plan as modified becomes the plan unless, after notice and a hearing, such modification is disapproved."

      It is therefore **ORDERED, ADJUDGED and DECREED** that:

      The **Motion to Increase Payments** shall be deemed **GRANTED** as of **3/30/2011** unless a written objection and request for a hearing are filed with the Clerk of the Court on or before **3/29/2011**. If an objection is filed, a hearing will be scheduled to consider both the motion and the objection and whether the modification should be disapproved.

      If no objection is filed, the Debtor's payments are modified as follows:

**Debtor's plan payments are increased to $355.00 bi–weekly.**

Dated:    March 8, 2011

                                                        /s/ James J. Robinson
                                                        United States Bankruptcy Judge

asc